# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEBERRY FAMILY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> OMNI ADVISOR GROUP, INC., et al., <br><br> Defendants. | 2:10-CV-903 JCM (RJJ) |

## ORDER

Presently before the court is the motion for Special Master Robert Worthen's fees and costs filed by plaintiff Roseberry Family Trust. (Doc. #54)

Local Rule 54-8 states that unless otherwise ordered by the court, fees of masters, receivers, and commissioners are taxable as costs. The plaintiff has reviewed the special master's interim report and fee application and consents to the payment of the special master's fees and costs.

Upon review of the motion and the non-opposition, this court agrees with the payment of the special master's payment for fees and costs.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Roseberry Family Trust's motion for fees and costs (doc. #54) be, and the same hereby is, GRANTED.

DATED June 10, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**