UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROSEBERRY FAMILY TRUST, etc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OMNI ADVISOR GROUP, INC., *et al.*, ) <br> ) <br> Defendant, ) | 2:10-cv-903-JCM-RJJ <br><br><br><br> O R D E R |

This matter is before the Court on an Ex Parte Application for Order Scheduling Judgment Debtor Examination and Production of Documents (#59).

The Court having reviewed the Ex Parte Application finds that the debtors reside in California. Therefore, this request appears to violate the statue as incorporated by the federal rules. Good cause appearing therefore,

IT IS HEREBY ORDERED that Ex Parte Application for Order Scheduling Judgment Debtor Examination and Production of Documents (#59) is **DENIED WITHOUT PREJUDICE.**

DATED this __12th__ day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge