**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
Email: kbc@cjmlv.com
WESLEY J. SMITH, ESQ.
Nevada Bar No. 11871
Email: wes@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ROSEBERRY FAMILY TRUST, by and through its Trustee Robert Roseberry,<br><br>Plaintiff,<br><br>vs.<br><br>OMNI ADVISOR GROUP, INC., et al.,<br><br>Defendants. | CASE NO.: 2:10-cv-00903-JCM-RJJ<br><br>**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date: N/A<br>Time: N/A |

Plaintiff Roseberry Family Trust, by and through its Trustee Robert Roseberry ("Plaintiff", "Judgment Creditor" or "Roseberry"), by and through its attorneys, Christensen James & Martin, hereby submits this Motion for Attorney's Fees and Costs. This Motion is made and based upon the Memorandum of Points and Authorities, Declaration of Counsel and Exhibits attached hereto, the pleadings and papers on file herein and oral argument at the hearing hereon, if any.

DATED this 16th day of September, 2011.

CHRISTENSEN JAMES & MARTIN

By: /s/ *Wesley J. Smith*
Wesley J. Smith, Esq.
*Attorneys for Plaintiff*

# MEMORANDUM OF POINTS AND AUTHORITIES

On August 28, 2010, the Defendants Omni Advisor Group, Inc. ("Omni"), SI 100, LLC ("SI 100"), SI 100 Trust ("SI 100 Trust") and Brian Patrick McGuane ("McGuane"), individually and as Trustee of the SI 100 Trust (collectively "Judgment Debtors") signed the Stipulation and Order for Consent and Settlement Agreement ("Settlement Stipulation").  On September 7, 2010, the Court entered the Settlement Stipulation as a Consent Decree and Order of the Court [Doc. 27] ("Consent Decree").  In the Consent Decree, the Defendants promised to take certain actions to protect the Plaintiff's investment in certain insurance policies.  Among them was a promise to pay the Plaintiff's attorney's fees and costs incurred through the date of the Consent Decree and a further promise to pay the Plaintiff's attorney's fees and costs necessarily incurred to enforce the terms of the Consent Decree, if any.

The Defendant's failures to perform have been well documented in this case.  On March 3, 2011, the Court entered a Judgment and Order Enforcing Consent Decree and Appointing Post-Judgment Special Master [Doc. 50] ("Enforcement Order").  Part of the Enforcement Order was a Judgment for the Plaintiff's attorney's fees and costs incurred through January 31, 2011.  These attorney's fees and costs were paid by the Special Master on April 4, 2011.  Since that time, the Plaintiff has been required to incur additional attorney's fees and costs to comply with the Enforcement Order, communicate and cooperate with the Special Master and generally enforce the terms of the Consent Decree and Enforcement Order, as detailed in the Declaration of Counsel, attached hereto as Exhibit "1", and Fee Statements, attached hereto as Exhibit "2".  In total, the Plaintiff has incurred $13,259.70 in attorney's fees and costs for the period February 1, 2011 through August 31, 2011 ("Payment Period") which are properly payable by the Defendants as promised in the Consent Decree and embodied in the Enforcement Order.  The Judgment Debtors are jointly and severally liable for the payment of Plaintiff's attorney's fees

1  and costs under the Consent Decree and Enforcement Order. Therefore, the Plaintiff's respectfully request that the Court enter an Order against Defendants in the amount of $13,259.70 for payment of the Plaintiff's reasonable attorney's fees and costs incurred during the Payment Period to enforce the Consent Decree and Enforcement Order. A proposed Order is attached hereto as Exhibit "3".

DATED this 16th day of September, 2011.

                 CHRISTENSEN JAMES & MARTIN

                 By: /s/ *Wesley J. Smith*
                    Wesley J. Smith, Esq.
                    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ <u>ELECTRONIC SERVICE</u>:   Pursuant to Local Rule LR 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☒ <u>UNITED STATES FIRST-CLASS MAIL</u>:   By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid First-Class postage, addressed to the parties at their last-known mailing address(es) set forth below:

| | |
|---|---|
| Omni Advisor Group, LLC | Christopher Erwin, Esq. |
| SI 100, LLC | ERWIN LEGAL P.C. |
| Brian McGuane | 9170 Irvine Center Drive |
| 23017 Calvert Street | Irvine, California 92618 |
| Woodland Hills 91367 | *Attorneys for SI 100 Trust* |

☐ <u>FACSIMILE</u>: By sending the above-referenced document via facsimile to those persons listed on the above service list at the facsimile numbers set forth above.

☐ <u>EMAIL</u>:  By sending the above-referenced document via email to those persons listed on the above service list at the email addresses set forth above.

**CHRISTENSEN JAMES & MARTIN**
By: _/s/ Natalie Larson_

# Exhibit 1

# Exhibit 1

**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
Email: kbc@cjmlv.com
WESLEY J. SMITH, ESQ.
Nevada Bar No. 11871
Email: wes@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ROSEBERRY FAMILY TRUST, by and through its Trustee Robert Roseberry,<br><br>Plaintiff,<br><br>vs.<br><br>OMNI ADVISOR GROUP, INC., *et al.*,<br><br>Defendants. | CASE NO.: 2:10-cv-00903-JCM-RJJ<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:  N/A<br>Time:  N/A |

STATE OF NEVADA    )
                            : ss.
COUNTY OF CLARK  )

Wesley J. Smith, Esq., being first duly-sworn, and under penalty of perjury under the laws of the United States of America, now deposes and says that:

1. I am an attorney duly licensed to practice in the State of Nevada and have been practicing in this jurisdiction since May 2010. I am employed by the law firm of Christensen James & Martin ("CJM"), counsel of record for Plaintiff/Judgment Creditor Robert Roseberry, Trustee of the Roseberry Family Trust ("Plaintiff" or "Roseberry"), in Case No. 2:10-cv-00903-JCM-RJJ ("Case"). I make this Declaration in support of Plaintiff's Motion for Attorney's Fees

1  & Costs ("Motion"). I have personal knowledge and can testify as to the truth of the facts

2  hereinafter recited.

3      2.    The Court entered a Consent Decree [Doc. 27] ("Consent Decree") on or about

4  September 7, 2010 and a Judgment and Order Enforcing Consent Decree and Appointing Post-

5  Judgment Special Master [Doc. 50] ("Enforcement Order") on or about March 3, 2011

6  

7  ("Judgments")

8      3.    The Judgments are against Defendants Omni Advisor Group, Inc. ("Omni"), SI

9  100, LLC ("SI 100"), SI 100 Trust ("SI 100 Trust") and Brian Patrick McGuane ("McGuane"),

10 individually and as Trustee of the SI 100 Trust (collectively "Judgment Debtors"), jointly and

11 severally.

12     4.    As part of the Enforcement Order, the Court awarded the Plaintiff its fees and

13 

14 costs incurred to enforce the Consent Decree in the amount of $28,875.12 [Doc. 50, p. 2, ¶ 5].

15 At the time the Enforcement Order was submitted by the Plaintiff to the Court for approval, my

16 firm had billed the Plaintiff for work performed through January 31, 2011. Therefore, the

17 Plaintiff has received its attorney's fees and costs through January 31, 2011.

18     5.    As part of the Consent Decree, the Judgment Debtors promised and were Ordered

19 

20 to pay Plaintiff's attorney's fees and costs necessarily incurred to enforce the terms thereof. This

21 promise was incorporated into the Enforcement Order [Doc. 50, p. 3, ¶ 6(a)]. The Special

22 Master was specifically charged with carrying forth the obligations imposed by the Consent

23 Decree. *Id.*

24     6.    During the period February 1, 2011 to August 31, 2011, it has been necessary for

25 the Plaintiff to incur attorney's fees and costs to attend hearings, prepare the Enforcement Order,

26 cooperate with the Special Master, participate in the Special Master's investigation, support the

27 

28 Special Master in his duties, format and submit Special Master filings, notices and reports and

generally enforce the Judgments. In total, the Plaintiff has incurred $13,259.70 to complete these tasks.

7. I have been the primary attorney responsible for the work performed by my firm for Plaintiff in this Case. To the best of my knowledge, (a) the statements regarding fees and costs set forth in the Motion are true and accurate, and (b) the fee statements attached to the Motion as Exhibit "2" are true and correct copies of the fee statements billed to the Plaintiff for work performed by our firm in this Case for the period February 1, 2011 to August 31, 2011. I have reviewed the fees statements and I confirm that they are a true and accurate record and representation of the type of work, the amount of time and the attention given to this case by our firm in support and enforcement of the Judgments. The quality of the work we have performed for the Plaintiff in this case is sufficient to justify the fee application submitted in the Motion, which sum I believe the Court should award to the Plaintiff.

8. The rates charged by CJM to Plaintiff for attorney services rendered in this Case are: Kevin Christensen - $250, Daryl Martin - $225 and Wesley Smith - $175.

9. I am informed that rates for attorneys in the general Las Vegas area with reputable experience and skill to be $150.00 to $400.00 per hour and $50.00 to $110.00 per hour for legal assistants and paralegals.

10. I declare under penalty of perjury that the foregoing is true and correct. Further your affiant sayeth naught.

DATED this 16th day of September, 2011.

By: _/s/ Wesley J. Smith_
      Wesley J. Smith, Esq.

# Exhibit 2

# Exhibit 2

# STATEMENT

Kevin B. Christensen, Chartered
dba Christensen James & Martin

History Report

7440 W. Sahara Ave.
Las Vegas, NV 89117
702/255-1718
702/255-0871 Fax
KBChrislaw@aol.com

Bob Roseberry
7811 Howard Dade
Las Vegas, NV 89129

September 15, 2011

Professional Services

| | | | | Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| **February 2011** | | | | | | |
| 2/2/2011 - | KBC | Review Hearing Order and Conference with Attorney (W Smith) | | 250.00/hr | | 50.00 |
| - | WJS | Telephone call from Attorney for Transamerica regarding status of Case; receive Notice of change of Hearing date; letter to McGuane; telephone call to B Roseberry | | 175.00/hr | | 35.00 |
| 2/3/2011 - | KBC | Review Court Hearing Notice; Conference with Attorney (W Smith) regarding Auto-Pay Procedures for Premiums/Loans and Writ of Fees | | 250.00/hr | | 125.00 |
| - | WJS | Telephone call from B McGuane regarding Hearing; letter to B McGuane regarding Hearing with enclosed Documents | | 175.00/hr | | 227.50 |
| 2/10/2011 - | WJS | E-mail to counsel for Transamerica regarding status of Policy; review attachments; schedule Premium Payments/Values | | 175.00/hr | | 35.00 |
| 2/15/2011 - | WJS | Preparation of Order to Show Cause Hearing; create outline for Court; Factual Argument; email from counsel for Transamerica regarding confirmation of Beneficiary Designation; review attached Documents | | 175.00/hr | | 210.00 |
| 2/18/2011 - | WJS | E-mails to and from A Bader regarding Dismissal of Transamerica; preparation of and file Notice of Dismissal; preparation for Show Cause Hearing | | 175.00/hr | | 245.00 |

Bob Roseberry                                                                                           Page    2

|  |  |  | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/18/2011 - | KBC | Review Insurance Company Dismissal and Conference with Attorney regarding Hearing | 250.00/hr | | 50.00 |
| 2/22/2011 - | KBC | Conferences with Attorney and Client regarding Court Orders and Judgment; email to potential Special Master; telephone calls to and from Client and Attorney; telephone call and email to potential Special Master (SAB) | 250.00/hr | | 150.00 |
| | - WJS | Review Exhibits and Outline for Hearing; preparation for Hearing; Meeting with R Roseberry at Court; Review strategy and plan for Hearing; Appearance at Show Cause Hearing; Conference with Attorney (K Christensen) and R | 175.00/hr | | 630.00 |
| 2/23/2011 - | KBC | Conference with Attorney; preparation of Judgment and Special Master Orders | 250.00/hr | | 75.00 |
| | - WJS | Draft Affidavit for Proof of Service; preparation of and file Proof of Service for Notice of Hearing; email to R Worthen; telephone calls to and from R Worthen regarding background and Case Procedure; draft proposed Order; | 175.00/hr | | 507.50 |
| 2/24/2011 - | WJS | Draft proposed Orders; telephone calls and emails to and from R Worthen; Conference with Attorney (K Christensen); review revisions to proposed Order | 175.00/hr | | 507.50 |
| | - KBC | Revise Judgment and Court Orders; Conference with Attorney (W Smith) | 250.00/hr | | 150.00 |
| 2/25/2011 - | KBC | Conference with Attorney (W Smith) regarding Judgment and Order and Disclosure | 250.00/hr | | 75.00 |
| | - WJS | Revise Proposed Order; email from R. Worthen with List of Documents for Audit; review and revise Order and email draft to R. Worthen; email from R. Worthen regarding Affidavit and Disclosure of Conflict; draft Affidavit and email | 175.00/hr | | 612.50 |
| | SUBTOTAL: | | | [ | 3,685.00] |

March 2011

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 3/3/2011 - | WJS | Review Enforcement Order; draft letter to McGuane; email to R Worthen; calendar Deadlines | 175.00/hr | | 227.50 |
| 3/7/2011 - | WJS | Telephone calls to and from Special Master and B Roseberry; telephone calls to and from Special Master regarding need for Independent Counsel; Conference with K Christensen | 175.00/hr | | 70.00 |
| | - KBC | Review Order Enforcing Judgment; calendar Attorney (W Smith) regarding Special Master Issues | 250.00/hr | | 75.00 |

Bob Roseberry                                                                              Page     3

|            |     |     |                                                                                                                                                                                      | Rate       | Tax# | Amount   |
|------------|-----|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|------|----------|
| 3/8/2011   | -   | WJS | Review documents; preparation for and meeting with Special Master and R Roseberry; email documents to Special Master                                                                                 | 175.00/hr  |      | 332.50   |
| 3/15/2011  | -   | KBC | Conference with Attorney (W Smith) regarding Instructions to Bank, Payment Orders from Omni Assets and Registration of Judgment                                                                      | 250.00/hr  |      | 150.00   |
|            | -   | WJS | Telephone call from R Worthen regarding status and control of Accounts and cooperation of McGuane; Conference with K Christensen; telephone call to R Worthen regarding course of action for Administering Accounts | 175.00/hr  |      | 210.00   |
| 3/16/2011  | -   | WJS | Telephone calls to and from R Worthen regarding SSN's and DOB's; Westlaw Public Records research; Research requirements for Domesticating Judgment in California                                     | 175.00/hr  |      | 140.00   |
| 3/17/2011  | -   | WJS | Preparation of Application for Certification of Judgment to Register in Another District and file                                                                                                    | 175.00/hr  |      | 105.00   |
|            |     |     | SUBTOTAL:                                                                                                                                                                                            |            | [    | 1,310.00] |

### April 2011

|            |     |     |                                                                                                                                                                                                                                           | Rate       | Tax# | Amount |
|------------|-----|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|------|--------|
| 4/4/2011   | -   | KBC | Conference with Attorney (W Smith) regarding Reimbursement Check for Fees and Costs                                                                                                                                                       | 250.00/hr  |      | 50.00  |
|            | -   | WJS | Fax from R Roseberry regarding West Coast Life Policy Notice of Grace; email to R Worthen; telephone calls to and from R Worthen regarding Attorney's Fees Payment; calculate Interest; prepare Receipt of Payment for Special            | 175.00/hr  |      | 140.00 |
| 4/8/2011   | -   | KBC | Conference with Attorney regarding new Omni Counsel and Special Master Issues                                                                                                                                                             | 250.00/hr  |      | 75.00  |
|            | -   | WJS | Telephone call from Attorney for B McGuane; Conference with K Christensen; telephone call from Special Master; emails to and from Special Master                                                                                          | 175.00/hr  |      | 157.50 |
| 4/11/2011  | -   | WJS | Telephone conference with B Roseberry; telephone calls to and from Special Master regarding Status Report, Fee Application, Postal Inspector and McGuane Compliance; draft Pleading and Declaration of R Worthen for Status               | 175.00/hr  |      | 542.50 |
| 4/12/2011  | -   | KBC | Conference with W Smith regarding telephone conference with opposing counsel and Special Master                                                                                                                                           | 250.00/hr  |      | 50.00  |
| 4/13/2011  | -   | WJS | Review Special Master's Report for filing; prepare Exhibits; telephone call from Special Master regarding Additional Payments and Revision of Report                                                                                      | 175.00/hr  |      | 87.50  |

Bob Roseberry                                                                                          Page    4

|  |  |  |  | Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 4/14/2011 | - | WJS | Review Documents from Special Master regarding Payment Records; receive revised Status Report; prepare Pleadings, Declaration, Report and Exhibits for filing; telephone call from Special Master regarding Accountant and Bank | 175.00/hr |  | 280.00 |
| 4/25/2011 | - | KBC | Review Court Notice regarding Motion | 250.00/hr |  | 25.00 |
|  |  | SUBTOTAL: |  |  | [ | 1,407.50] |
|  |  | May 2011 |  |  |  |  |
| 5/10/2011 | - | WJS | Telephone calls to and from Special Master regarding TransAmerica Payment | 175.00/hr |  | 52.50 |
|  | - | KBC | Conference with Attorney regarding Transamerica Policy, Fees Application and Status Report by Special Master | 250.00/hr |  | 50.00 |
| 5/11/2011 | - | WJS | Draft and file Non-Opposition to Special Master Fee Application consenting to Payment of Special Master Fees | 175.00/hr |  | 105.00 |
|  | - | KBC | Review Non-Opposition | 250.00/hr |  | 25.00 |
| 5/17/2011 | - | WJS | E-mail from Special Master regarding Payment of Transamerica Policy Loan | 175.00/hr |  | 17.50 |
| 5/18/2011 | - | WJS | Preparation of Notice of Transamerica Policy Loan Payment; emails to and from Special Master; prepare Notice for filling and file | 175.00/hr |  | 87.50 |
|  | - | KBC | Review Notice of Transamerica Loan Payment | 250.00/hr |  | 25.00 |
| 5/24/2011 | - | KBC | Telephone call from SAB and Conference with Attorney, W Smith regarding Court Order and Future Procedures | 250.00/hr |  | 100.00 |
|  |  | SUBTOTAL: |  |  | [ | 462.50] |
|  |  | June 2011 |  |  |  |  |
| 6/1/2011 | - | WJS | Telephone calls emails to and from Special Master; review Draft of Special Master Report and make editing suggestions; Conference with Attorney (K Christensen) regarding Report and Findings; preparation of Final Report | 175.00/hr |  | 315.00 |
|  | - | KBC | Review file and Conference with Attorney regarding Special Master Report and Findings and Response Issues; review Report | 250.00/hr |  | 100.00 |

Bob Roseberry                                                                                               Page     5

|            |     |     |                                                                                                                                                                                      | Rate        | Tax# | Amount    |
|------------|-----|-----|----|----|----|----|
| 6/2/2011   | -   | KBC | Conference with Client regarding Special Master Report and Options for Judgment Debtor Exam and Policy Interest Requests                                                                            | 250.00/hr   |      | 200.00    |
|            | -   | WJS | Review Special Master Report with R Roseberry and Conference regarding Plan of Action ; Serve Report on all Parties; Conference with Attorney (K Christensen) regarding Hearing; telephone call to Special Master | 175.00/hr   |      | 297.50    |
| 6/3/2011   | -   | WJS | Preparation of Discovery Requests; email to Special Master; telephone call to Special Master regarding Discovery; Judgment Debtor Exam                                                              | 175.00/hr   |      | 140.00    |
| 6/9/2011   | -   | WJS | Draft Application for Judgment Debtor Exam; telephone calls to and from Special Master; email from Special Master regarding Interrogatories                                                         | 175.00/hr   |      | 560.00    |
| 6/10/2011  | -   | WJS | Review and revise Court Order Granting Special Master Fee Application; email to R Worthen regarding Order                                                                                           | 175.00/hr   |      | 52.50     |
| 6/13/2011  | -   | WJS | E-mail from Special Master; Conference with Attorney (K Christensen) regarding Order Granting Special Master Fee Application; review and revise Application for Judgment Debtor Exam                | 175.00/hr   |      | 175.00    |
|            | -   | KBC | Review Fees Order and Conference with Attorney (W Smith); review Motion                                                                                                                             | 250.00/hr   |      | 75.00     |
| 6/15/2011  | -   | WJS | Letter from Special Master to McGuane regarding Request for Information/Answers                                                                                                                     | 175.00/hr   |      | 35.00     |
|            |     | SUBTOTAL: |                                                                                                                                                                                          |             | [    | 1,950.00] |

July 2011

|            |     |     |                                                                                                                                                                                      | Rate        | Tax# | Amount    |
|------------|-----|-----|----|----|----|----|
| 7/12/2011  | -   | KBC | Conference with Attorney (W Smith) regarding Order Denying Application for Judgment Debtor Exam and preparation for teleconference with Court Clerk                                                 | 250.00/hr   |      | 50.00     |
|            | -   | WJS | Review Order from Court Denying App for Judgment Debtor Exam; Conference with Attorney (K Christensen); telephone call to Court regarding Order                                                     | 175.00/hr   |      | 35.00     |
| 7/13/2011  | -   | KBC | Conference with Attorney (W Smith) regarding Motion to Reconsider Judgment Debtor Exam Order                                                                                                        | 250.00/hr   |      | 50.00     |
|            | -   | WJS | Conference with Attorneys (D Martin and K Christensen) regarding Court's Order on Application for Judgment Debtor Exam; telephone call to Special Master (left voicemail); telephone call from Special Master. | 175.00/hr   |      | 87.50     |

Bob Roseberry                                                                                               Page    6

|  |  |  |  | Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 7/18/2011 - | KBC | Conference with Attorney (W Smith) regarding Judgment Debtor Responses to Special Master, Judgment Debtor Exam Order and Conference with Client | | 250.00/hr | | 50.00 |
| - | WJS | Review McGuane's Responses to Special Master Discovery Questions and file notes; Conference with K Christensen; telephone call to Special Master regarding Case Issues | | 175.00/hr | | 157.50 |
| 7/22/2011 - | WJS | Telephone conference with R. Roseberry regarding Status of Case; telephone calls to and from Special Master regarding Post Office and Postal Inspector Trace of McGuane's Mail | | 175.00/hr | | 52.50 |
| 7/25/2011 - | WJS | Telephone call from Special Master regarding lapsed Polices, Timeline and Notices Received | | 175.00/hr | | 17.50 |
| | | SUBTOTAL: | | | [ | 500.00] |

August 2011

|  |  |  | Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 8/1/2011 - | WJS | Draft response to Special Master Report; Research and review Orders; Conference with K Christensen regarding proper Relief to Request from the Court | 175.00/hr | | 490.00 |
| 8/8/2011 - | WJS | Review Tracking Report from Special Master; telephone call from Special Master regarding coming payments premiums due and responses to discovery; email from Special Master regarding OFG Policies; email from Special Master | 175.00/hr | | 105.00 |
| 8/9/2011 - | WJS | Draft response to Special Master Report convert to Motion; emails to and from Special Master regarding Amount of remaining funds; prepare Special Masters Fee Application and File | 175.00/hr | | 682.50 |
| 8/11/2011 - | WJS | Telephone call from Attorney for McGuane Investor regarding Case against McGuane | 175.00/hr | | 35.00 |
| 8/12/2011 - | WJS | Review and Revise Motion and Response to Special Masters Report; begin drafting Motion for Attorneys Fees and Costs | 175.00/hr | | 297.50 |
| 8/17/2011 - | WJS | Research regarding Judgment Collections of Assets out of Jurisdiction | 175.00/hr | | 367.50 |
| 8/19/2011 - | WJS | Preparation of Notice of Payments for Special Master; e-mail to R. Worthen for review | 175.00/hr | | 210.00 |
| 8/24/2011 - | WJS | E-mail from Special Master; revise Notice of Payments and file | 175.00/hr | | 35.00 |

Bob Roseberry                                                                                    Page     7

| Date | | Staff | Description | Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 8/25/2011 | - | KBC | Conference with Attorney, W Smith, regarding Special Master Disclosure Requests | 250.00/hr | | 50.00 |
| | - | WJS | Review Consent Decree, Enforcement Order, Special Master Reports and other Pleadings; review prior Research | 175.00/hr | | 402.50 |
| 8/26/2011 | - | WJS | Draft Response to Special Master's Report; telephone calls to and from Special Master | 175.00/hr | | 455.00 |
| 8/30/2011 | - | WJS | Draft and Research on Response to Special Master Report | 175.00/hr | | 367.50 |
| 8/31/2011 | - | WJS | Draft Response to Special Master Report and Research | 175.00/hr | | 315.00 |

SUBTOTAL:                                                                         [      3,812.50]

September 2011

| 9/7/2011 | - | WJS | Review Special Master more Discovery from B. McGuane, Responses to questions; Conference with K Christensen regarding policies and strategy | 175.00/hr | | 122.50 |

SUBTOTAL:                                                                         [        122.50]

For professional services rendered                              72.50              $13,250.00

Additional Charges :

                                                                               Qty/Price

March 2011

| 3/22/2011 | - | N | Certified Copy Fee | 1<br>9.70 | | 9.70 |

SUBTOTAL:                                                                         [          9.70]

Total costs                                                                                    $9.70

For professional services rendered                              72.50              $13,259.70

# Exhibit 3

# Exhibit 3

**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
Email: kbc@cjmlv.com
WESLEY J. SMITH, ESQ.
Nevada Bar No. 11871
Email: wes@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ROSEBERRY FAMILY TRUST, by and through its Trustee Robert Roseberry,<br><br>Plaintiff,<br><br>vs.<br><br>OMNI ADVISOR GROUP, INC., et al.,<br><br>Defendants. | CASE NO.: 2:10-cv-00903-JCM-RJJ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:   N/A<br>Time:   N/A |

Pursuant to the Motion for Attorney's Fees and Costs of the Plaintiff for issuance of this Court's Order awarding to Plaintiff its attorney's fees and costs incurred in enforcement of the Consent Decree [Doc. 27] and Enforcement Order [Doc. 50], and Good Cause Appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered against Defendants Omni Advisor Group, Inc. ("Omni"), SI 100, LLC ("SI 100"), SI 100 Trust ("SI 100 Trust") and Brian Patrick McGuane ("McGuane"), individually and as Trustee of the SI 100 Trust (collectively "Defendants"), jointly and severally, in favor of Plaintiff for its attorney's fees and costs incurred for the period February 1, 2011

through August 31, 2011 in the total sum of Thirteen Thousand Two Hundred Fifty Nine and 70/100 Dollars ($13,259.70) ("Judgment Amount").

    2.    The Judgment Amount shall be paid by the Special Master from the Defendants' funds currently in his possession and/or control within ten (10) days of entry of this Order.

DATED and DONE this 17th day of October, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: /s/ Wesley J. Smith
    Wesley J. Smith, Esq.