AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Roseberry Family Trust,

                Plaintiff,

V.

OMNI Advisor Group, Inc. et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

**For Attorney's Fees and Costs**

Case Number: 2:10-cv-00903-JCM -RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is entered against Defendants Omni Advisor Group, Inc., SI 100, LLC, SI 100 Trust, and Brian Patrick McGuane, individually and as Trustee of the SI 100 Trust, jointly and severally, in favor of Plaintiff for its attorney's fees and costs incurred for the period February 1, 2011 through August 31, 2011 in the total sum of $13,259.70.

October 17, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk