# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROSEBERRY FAMILY TRUST,

    Plaintiff,

v.

OMNI ADVISOR GROUP, INC., et al.,

    Defendants.

2:10-CV-903 JCM (RJJ)

## ORDER

Presently before the court are the special master's findings and recommendations. (Doc. #57). Plaintiff Roseberry Family Trust has filed a motion to adopt the report (doc. #63), and defendant Omni Advisor Group, Inc. has filed an objection to the special master's report (doc. #68).

After reviewing the special master's findings and recommendations and considering the parties' arguments relating to the report, this court finds that adoption of the special master's report is appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that plaintiff's motion to adopt the findings and recommendation (doc. #63) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the findings and recommendations of the special master (doc. #57) be, and the same hereby are, ADOPTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   The special master shall prepare periodic reports to keep the court apprised of the facts and
2   submit supplemental reports on an as needed basis.
3   DATED December 12, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -