# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROSEBERRY FAMILY TRUST,

    Plaintiff,

v.

OMNI ADVISOR GROUP, INC., et al.,

    Defendants.

2:10-CV-903 JCM (RJJ)

# ORDER

Presently before the court is the matter of *Roseberry Family Trust v. OMNI Advisor Group, Inc., et al.*, case number 2:10-cv-00903-JCM-RJJ. Plaintiff has filed a notice informing the court that the defendants "have satisfied the[] obligations owed to the plaintiff under the settlement agreement referenced in the stipulation and order for stay pending sale of the policies (doc. 73) entered by the court on April 9, 2012." Doc. #74. Plaintiff requests that the case be closed. Doc. #75.

In light of plaintiff's notice, and good cause being shown in accordance with Fed. R. Civ. P. 41(a)(2),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to close the case (doc. #75) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS THEREFORE ORDERED that the clerk of the court close the matter of *Roseberry Family Trust v. OMNI Advisor Group, Inc., et al.*, case number 2:10-cv-00903-JCM-RJJ.

DATED July 5, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -